769 S.E.2d 675

**In the Matter of Joel Thomas BROOME, Petitioner.**

Appellate Case No. 2015–000400.

Supreme Court of South Carolina.

March 4, 2015.

## ORDER

On February 11, 2015, Respondent was suspended from the practice of law for a period of six (6) months, retroactive to October 9, 2013. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.